## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 08-cv-00981-REB-BNB

CAMP COAST TO COAST, INC., a Delaware Corporation,
GRAND INCENTIVES, INC., a Florida Corporation, and
CHICAGO TITLE COMPANY, a California Corporation,

    Plaintiffs,

v.

WOODBINE INVESTMENTS, LLC, a Wyoming Corporation,

    Defendant.

## SCHEDULING ORDER

**Blackburn, J.**

The matter before me is plaintiffs' **Verified Motion for Temporary Restraining Order** filed May 12, 2008. A scheduling order should be entered to arrange, schedule, and coordinate the briefing and hearing necessary to resolve the pending motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant **SHALL FILE** a response[1] to the motion by close of business on Wednesday, May 14, 2008;

2. That the court **SHALL HEAR** plaintiffs' **Verified Motion for Temporary Restraining Order** on Thursday, May 15, 2008, commencing at 2:30 p.m. (MDT), reserving the balance of the afternoon, if necessary;[2] and

---

[1] The response is subject to **REB Civ. Practice Standard V.B.1.**, which limits the number of pages to 15.

[2] The hearing shall be conducted in courtroom A701 in the Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, CO 80294. At the outset of the hearing, the court will allocate the available time between the parties.

3. That plaintiffs **SHALL PROVIDE** defendant with a copy of this order as soon as practicable.[3]

Dated May 12, 2008, at 2:45 p.m., at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[3] Time is of the essence. To expedite service of this order on the defendant, plaintiffs may provide defendant with a copy of this order via personal delivery to counsel for defendant, facsimile transmission to counsel for defendant, and/or electronic mail to counsel for defendant.