IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date: May 15, 2008**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No. 08-cv-00981-WYD**

| | |
|---|---|
| CAMP COAST TO COAST, INC., *a Delaware Corporation,* GRAND INCENTIVES, INC., *a Florida Corporation,* and CHICAGO TITLE COMPANY, *a California Corporation* | Todd Vriesman Richard Capriola |
| Plaintiffs, | |
| v. | |
| WOODBINE INVESTMENTS, LLC., *a Wyoming Corporation,* | No appearance |
| Defendant. | |

---

### COURTROOM MINUTES
---

**2:30 p.m.     Court in session.**

Appearances of counsel.

Opening statements by the court.

The record should reflect that a representative for the defendant or legal counsel for the defendant is not present in Court.

The record should also reflect that neither the court or its staff, or the Clerk of the Court or his staff, have been contacted by the defendant or anyone purporting to represent the defendant.

2:37 p.m.     Statements to the Court by Mr. Capriola, for the Plaintiffs.

**It was ORDERED:**

1. That the plaintiff's Motion for Temporary Restraining Order [#2] filed May 12, 2008 is **granted** and a Temporary Restraining Order will be issued.

2. A Preliminary Injunction Hearing is set for May 30, 2008, at 4:00 p.m.

**3:00 p.m.     Court in recess**.

*Total court time: 00:30 minutes - Hearing concluded*