IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00981-REB

CAMP COAST TO COAST, INC., a Delaware corporation,
GRAND INCENTIVES, INC., a Florida corporation, and
CHICAGO TITLE COMPANY, a California corporation,

    Plaintiffs,

v.

WOODBINE INVESTMENTS, LLC, a Wyoming corporation,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

The matter is before me plaintiff's **Response to Order To Show Cause** [#31], filed October 16, 2008. Based on plaintiff's response, I find that the order should be discharged.

**THEREFORE, IT IS ORDERED** that my **Order To Show Cause** [#28], filed October 8, 2008, is **DISCHARGED**.

Dated November 7, 2008, at Denver, Colorado.

            **BY THE COURT:**

            s/ Robert E. Blackburn
            **Robert E. Blackburn**
            **United States District Judge**